THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FELIX WALLS, Defendant-Appellant.

(No. 59734;

First District (4th Division)—July 10, 1974.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.